IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AISHA JACKSON, et al.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **NEW JERSEY MANUFACTURERS INSURANCE COMPANY,** <br><br> *Defendant*. | **Case No. 2:23-cv-02141-JDW** |

## ORDER

**AND NOW**, this 7th day of November, 2023, upon consideration of Plaintiff Z.J.'s Petition For Leave To Approve Minor's Action (ECF No. 13), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the Petition is **GRANTED**.

It is **FURTHERED ORDERED** as follows:

1. The settlement proceeds shall be distributed as follows:

   | | |
   |---|---|
   | **GROSS RECOVERY** | $10,000.00 |
   | **COUNSEL FEE (33.3%)** <br> To: Gibbons Legal, P.C. | $3,333.33 |
   | To: Z.J., a minor | $6,666.67 |

2. Plaintiffs' Counsel is authorized to execute all documentation necessary to purchase a savings certificate(s) from a federally insured bank or savings institution having an office in Philadelphia County, in the sum of $6,666.67, not to exceed the insured

amount, with the funds payable to Z.J. upon the age of majority. The certificate shall be titled and restricted as follows:

> Z.J., a minor, not to be redeemed except for renewal in its entirety, not to be withdrawn, assigned, negotiated, or otherwise alienated before the minor attains majority, except upon Order of Court.

3. In the alternative, Plaintiff's Counsel is authorized to open a savings account in the sum of $6,666.67 in Z.J.'s name. The savings account shall be titled and restricted as follows:

> Z. J., a minor, not to be withdrawn before the minor attains majority, except for payment of city, state, and federal income taxes on the interest earned, or upon Order of Court.

4. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.